# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

135059

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

AARON MILTON GALINEAU,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135059
COA: 268492
Kent CC: 05-003442-FH

On order of the Court, the application for leave to appeal the August 23, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

s0114

_____
Clerk